No. 491. CROSS, DBA CROSS POULTRY CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Eugene C. Brooks, Jr.,* and *Lucius W. Pullen* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 495. VITASAFE CORP. ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Milton A. Bass* and *Solomon H. Friend* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Paul R. Walsh* for the United States.

No. 509. A/S SKAUGAAS (I. M. SKAUGEN), AS OWNER OF THE SKAUSTRAND *v.* DREDGE CARTEGENA ET AL. C. A. 4th Cir. Certiorari denied. *Charles S. Haight* and *Carlyle Barton, Jr.,* for petitioner. *John F. Gerity* and *John H. Skeen, Jr.,* for respondents.

No. 513. HARVEY *v.* LYONS ET AL. Sup. Ct. N. J. Certiorari denied. Petitioner *pro se. David S. Bate* for respondents.

No. 515. EWING, EXECUTOR *v.* ROUNTREE, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *S. Shepherd Tate* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Gilbert E. Andrews* for respondent.

No. 514. DEUTSCH *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *George J. Malinsky* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.